# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | |
| v. | : | NO. 18-cr-410 |
| CHARLES GARO AVETIAN, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of September, 2023, upon consideration of Petitioner's *Motions to Vacate, Set Aside, or Correct the Sentence* (ECF Nos. 69 & 70), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motions are **DENIED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**