# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal No. 18-410 |
| CHARLES GARO AVETIAN, : | |
| Defendant. : | |

## ORDER

AND NOW, this 22nd day of November, 2023, upon consideration of Petitioner's *pro se* Motion for Reconsideration (ECF No. 75), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**